UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SALVADOR ALBERTO JIMENEZ MUNIZ and
FLORENTINO ORTEGA MARTINEZ, *individually
and on behalf of others similarly situated*,

               Plaintiffs,

-against-

F.T. MEAT CORP. (d/b/a FOOD FRESH FAIR
MARKET) et al.,

               Defendants.
-------------------------------------------------------------x

22-CV-7402 (OTW)

**OPINION & ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' settlement submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (ECF 52). The Court has reviewed ECF 52, and finds that the proposed settlement is fair and reasonable.

Plaintiffs' motion for Ramsha Ansari to withdraw as attorney (ECF 53) is **GRANTED**.

The Clerk is respectfully directed to close ECF 53 and then close the case.

**SO ORDERED.**

Dated: November 8, 2023
      New York, New York

                                          *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                    United States Magistrate Judge